IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-315 |
| | ) | |
| DIANE VIRGINIA MCDONALD | ) | |

## O R D E R

AND NOW, to wit, this 28th day of May, 2011, the within motion is granted, and it is hereby ORDERED that the Indictment filed at Criminal No. 04-315 against defendant DIANE VIRGINIA MCDONALD, be and the same is hereby dismissed.

_____
United States District Judge